UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 11-cr-74-01-JL

<u>CHRISTOPHER ALDRICH</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 8 ) filed by defendant is granted; Final Pretrial is rescheduled to August 25, 2011 at 10:30a.m.; Trial is continued to the two-week period beginning September 7, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                             _____
                                           Joseph N. Laplante
                                           United States District Judge

Date:  June 21, 2011

cc:  Terry L. Ollila, Esq.
     Sven D. Wiberg, Esq.
     U.S. Marshal
     U.S. Probation